```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 27467
    RUTHIE CORNELIUS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-9452

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/12/2005 and was confirmed 10/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 08/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG        .00             .00             .00
CITIFINANCIAL             CURRENT MORTG        .00             .00             .00
UNITED LEGAL CORP         UNSECURED      NOT FILED             .00             .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE     506.01             .00          506.01
AMERICAN DEBT COLLECTION  UNSECURED      NOT FILED             .00             .00
CHECK N GO                UNSECURED      NOT FILED             .00             .00
CITY OF CHICAGO PARKING   UNSECURED        1368.03             .00         1368.03
CPS SECURITY              UNSECURED      NOT FILED             .00             .00
USA CASH                  UNSECURED      NOT FILED             .00             .00
GAME FINANCIAL INC        NOTICE ONLY    NOT FILED             .00             .00
GW FINANCIAL SERVICES     UNSECURED      NOT FILED             .00             .00
ILLINOIS DEPT PUBLIC AID  UNSECURED        2200.00             .00         2200.00
NICOR GAS                 UNSECURED         156.09             .00          156.09
NTL INCORPORATED          UNSECURED      NOT FILED             .00             .00
PAYDAY LOAN               UNSECURED      NOT FILED             .00             .00
QVC                       UNSECURED      NOT FILED             .00             .00
STRACK & VAN TIL          UNSECURED      NOT FILED             .00             .00
TELECHECK                 UNSECURED      NOT FILED             .00             .00
THE LAPTOP SHOP           UNSECURED      NOT FILED             .00             .00
US DESIGN & REMODELING    UNSECURED      NOT FILED             .00             .00
AMERICASH LOANS LLC       UNSECURED         371.79             .00          371.79
CITIFINANCIAL             MORTGAGE ARRE        .00             .00             .00
FORREST L INGRAM          DEBTOR ATTY     2,194.00                        2,194.00
TOM VAUGHN                TRUSTEE                                           396.50
DEBTOR REFUND             REFUND                                             11.19

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                7,203.61

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 27467 RUTHIE CORNELIUS
```

```
PRIORITY                                                              .00
SECURED                                                            506.01
UNSECURED                                                        4,095.91
ADMINISTRATIVE                                                   2,194.00
TRUSTEE COMPENSATION                                               396.50
DEBTOR REFUND                                                       11.19
                                        ---------------    ---------------
TOTALS                                         7,203.61           7,203.61
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 11/29/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```